UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMLIAN JEFFERSON,

    Plaintiff,

v.

    Case No. 6:16-cv-1532-Orl-18KRS

ABSOLUTE HEALTH PROFESSIONALS, INC.
SUZANNE M. ANDERSON and
JENNIFER ANDERSON,

    Defendants.

_____/

GRANTED and SO ORDERED this
2 day of Feb, 2017
G. KENDALL SHARP
United States District Judge

### PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff, PAMLIAN JEFFERSON and ABSOLUTE HEALTH PROFESSIONALS, INC., SUZANNE M. ANDERSON, and JENNIFER ANDERSON, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby file this Stipulation of Dismissal with Prejudice, and states as follows:

1. The Parties have settled this matter without compromise of an FLSA dispute.

2. Plaintiff has concluded and stipulated that she is an independent contractor and not an employee entitled to the protections under the FLSA. Thus, judicial approval is not required because Plaintiff does not have a bona fide FLSA claim. *See e.g. Shields v. Broadstar Communication, LLC.*, Case No.: 6:13-cv-1764-Orl-40-GJK, 2015 U.S. Dist. LEXIS 42701 *5-6 (March 31, 2015)("In this case, there is not dispute over FLSA claims. In fact, the Agreement in this case does not resolve any FLSA claims. Plaintiff stipulates that she was an exempt employee under the FLSA, not entitled to overtime compensation. Based on his stipulation, Plaintiff does not have a bona fide FLSA claim. Thus, in this case, there is no compromise of an FLSA claim for

1

the Court to scrutinize under *Lynn's Food* and Plaintiff's FLSA claim is due to be dismissed.")(citations and quotations omitted).

3. Furthermore, despite it being concluded that Plaintiff was properly classified as an independent contractor, the Defendants have agreed to provide Plaintiff with full compensation that could have been recovered pursuant to the Fair Labor Standards Act (FLSA) claim and no compromise is involved. The Plaintiff will be receiving the alleged overtime wages and minimum wages owed ($1,428.98), an equal sum of liquidated damages ($1,428.98), and her attorney fees and costs.

4. Thus, judicial approval of the settlement is not required. *See Youhness Bekhalfi, et. al., v. Levy World Limited, Partnership*, Case No.: 6:15-cv-573-RBD-TBS (August 18, 2015)(Dalton, J.)(Dkt. 21 at 2)(Dismissing Plaintiffs' claims without conducting a fairness review under *Lynn's Food* because the claims were not compromised); *accord Bonetti v. Embarq Mgmt., Co.*, 715 F.Supp.2d, 1226, n.6 (M.D. Fla. 2009)("[i]f the parties submit a stipulation stating that the plaintiff's claims will be paid in full, without compromise, there is no need for the Court to review the settlement."); *Su v. Electronic Arts, Inc.*, Case No.: 6:05-cv-131-Orl-28JGG, 2006 U.S. Dist. Lexis 98894 *8 (M.D. Fla. August 29, 2006)(Orlando)("[w]here the employer offers the plaintiff full compensation on his FLSA claim no compromise is involved and judicial approval is not required."); *Feagans v. Americana Jax Investments, Inc.*, 2008 U.S. Dist. LEXIS 21974 *3 (M.D. Fla. March 20, 2008)(Jacksonville)("Based on counsel's representation that Plaintiff has been fully compensated for all unpaid overtime claims without compromise including liquidated damages, this Court finds it appropriate to approve settlement and dismiss this case with prejudice.").

5. Accordingly, the Parties hereby stipulates to the dismissal of this action with prejudice.

Dated this 2nd day of February 2017.

Respectfully,

| | |
|---|---|
| */s/ Scott C. Adams, Esq.* | */s/ Steven A. McKillop, Esq.* |
| SCOTT C. ADAMS, ESQ. | STEVEN A. MCKILLOP, ESQ. |
| Florida Bar No.: 0573442 | Florida Bar No.: 0856800 |
| sadams@labaradams.com | Steve.McKillop@JHHDefense.com |
| N. RYAN LABAR, ESQ. | JONES, HURLY & HAND, P.A. |
| Florida Bar No.: 0010535 | 1040 Woodcock Road, Suite 100 |
| rlabar@labaradams.com | Orlando, Florida 32803 |
| LARBAR & ADAMS, P.A. | (407) 895-8001 (telephone) |
| 2300 East Concord Street | (407) 895-9001 (facsimile) |
| Orlando, Florida 32803 | Attorney for Defendants |
| (407) 835-8968 (telephone) | |
| (407) 835-8969 (facsimile) | |
| Attorneys for Plaintiff | |